

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2016

No. 04-16-00611-CV

Sandra Campos **VIDALES**,
Appellant

v.

Raymond **CAMPOS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2016CV04500
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The completed record in this case was filed October 24, 2016, and the deadline for appellant's brief is currently November 23, 2016. Appellant has notified the court that she intends the letter she filed on October 7, 2016, to be her brief. Appellant's October 7, 2016 filing contains a six-page handwritten letter addressed to this court, other handwritten notes, copies of documents apparently filed in the trial court, and other documents.

Appellant's October 7, 2016 filing does not satisfy the requirements for an appellant's brief. The requirements for an appellant's brief are contained in the Texas Rules of Appellate Procedure. *See, e.g.*, TEX. R. APP. P. 9.4, 38.1. Appellant is advised that as a pro se litigant, she must comply with all applicable procedural rules, and is held to the same standards as a licensed attorney. *Paselk v. Rabun*, 293 S.W.3d 600, 611 (Tex. App.—Texarkana 2009, pet. denied); *Sweed v. City of El Paso*, 346 S.W.3d 679, 680 (Tex. App.—El Paso 2009, pet. denied).

We order appellant Sandra Campos Vidales to file an amended brief that complies with all applicable rules of appellate procedure by November 23, 2016. If a timely amended brief that corrects these deficiencies is not filed, we "may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief." *See* TEX. R. APP. P. 38.9(a). This may include dismissal of this appeal for want of prosecution. *Id.* R. 38.8(a)(1); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2016.



Keith E. Hottle
Clerk of Court